# EXHIBIT B

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**
**CIVIL DIVISON**

| | |
|---|---|
| NATALIE PIERCE and MICHELLE INGRODI, individually and on behalf of all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>KLOVER HOLDINGS, INC., <br>Defendant. | ) CIVIL DIVISION <br>) No. G.D. 24-003757 <br>) <br>) <br>) <br>) <br>) <br>) NOTICE OF FILING OF NOTICE <br>) OF REMOVAL <br>) <br>) <br>) <br>) Filed on Behalf of: Klover Holdings, <br>) Inc. <br>) <br>) Counsel of Record <br>) <br>) Marco S. Attisano <br>) PA Bar No. 316736 <br>) <br>) Flannery Georgalis, LLC <br>) 707 Grant Street, Ste. 2750 <br>) 412-438-8209 <br>) mattisano@flannerygeorgalis.com |

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CIVIL DIVISION

| | |
|---|---|
| NATALIE PIERCE and MICHELLE INGRODI, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>KLOVER HOLDINGS, INC.,<br><br>                    Defendant. | CIVIL DIVISION<br>No. G.D. 24-003757<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL**<br><br>Filed on behalf of Defendant,<br>KLOVER HOLDINGS, INC. |

**To:**   **Natalie Pierce and Michelle Ingrodi, Plaintiffs**
          **c/o Kevin Abramowicz,**
          **Kevin W. Tucker,**
          **Chandler Steiger, and**
          **Stephanie Moore**

**PLEASE TAKE NOTICE** that on May 3, 2024, Defendant Klover Holdings, Inc. filed a Notice of Removal of this action to the United States District Court for the Western District of Pennsylvania. A true and correct copy of the Notice of Removal is attached hereto. This Notice is served upon you as counsel of record for Plaintiffs in compliance with 28 U.S.C. § 1446.

Dated: May 3, 2024                    Respectfully submitted,

                                      */s/ Marco S. Attisano*
                                      Marco S. Attisano (PA ID No. 316736)
                                      **Flannery | Georgalis, LLC**
                                      707 Grant Street, Suite 2750
                                      Pittsburgh, PA 15219
                                      Tel. (412) 438-8209
                                      mattisano@flannerygeorgalis.com

                                      *Attorney for Defendant Klover Holdings, Inc.*

## **CERTIFICATE OF COMPLIANCE**

I, certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

Dated: May 3, 2024	*/s/ Marco S. Attisano*_____
	Marco S. Attisano (PA ID No. 316736)
	**Flannery | Georgalis, LLC**
	707 Grant Street, Suite 2750
	Pittsburgh, PA 15219
	Tel. (412) 438-8209
	mattisano@flannerygeorgalis.com

**CERTIFICATE OF SERVICE**

    I, Marco S. Attisano, certify that I have served a copy of the foregoing Notice of Removal in the above matter to the following counsel of record on this date by first class United States mail, postage prepaid:

Kevin Abramowicz
Kevin W. Tucker
Chandler Steiger
Stephanie Moore
East End Trial Group LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
(Counsel for Plaintiffs)

Dated: May 3, 2024　　　　　　　　　　　　　　*/s/ Marco S. Attisano*
　　　　　　　　　　　　　　　　　　　　　　　Marco S. Attisano (PA ID No. 316736)
　　　　　　　　　　　　　　　　　　　　　　　**Flannery | Georgalis, LLC**
　　　　　　　　　　　　　　　　　　　　　　　707 Grant Street, Suite 2750
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　　　Tel. (412) 438-8209
　　　　　　　　　　　　　　　　　　　　　　　mattisano@flannerygeorgalis.com