IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATALIE PIERCE and MICHELLE INGRODI, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>KLOVER HOLDINGS, INC.,<br><br>  Defendant. | Case No. 24-cv-00665 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiffs Natalie Pierce and Michelle Ingrodi and Defendant Klover Holdings, Inc. ("Klover") hereby stipulate that all of the claims asserted in the above-captioned action against Klover are hereby dismissed *with prejudice*, with each party to bear its own costs, expenses, and attorneys' fees.

 s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge